# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1035
_____

CARL RANDALL DOMER,

Appellant,

v.

TANYA M MARTIN,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Russell S. Roberts, Judge.

March 12, 2025

PER CURIAM.

Because the appellant fails to demonstrate an abuse of the trial court's discretion and raises no facial deficiency in the final order on equitable distribution, the final order is affirmed. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979); *Alzirghani v. Algabah*, 328 So. 3d 398, 398 (Fla. 1st DCA 2021).

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Carl Randall Domer, pro se, Appellant.

Tanya M Martin, pro se, Appellee.